Suzelle M. Smith, D.C. Bar No. 376384
Don Howarth, CA Bar No. 53783
523 West Sixth Street, Suite 728
Los Angeles, California 90014
(213) 955-9400
ssmith@howarth-smith.com
dhowarth@howarth-smith.com

Attorneys for Claimants Jeremy Levin
and Dr. Lucille Levin, 2700 Arlington
Avenue South, Apartment 12, Birmingham,
Alabama  35205

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OIL TANKER BEARING INTERNATIONAL MARITIME ORGANIZATION (IMO) NUMBER 9116412, A/K/A "*ADRIAN DARYA 1*," F/K/A "*GRACE 1*,"<br><br>ALL PETROLEUM WHICH IS OR WAS ONBOARD OIL TANKER BEARING INTERNATIONAL MARITIME ORGANIZATION (IMO) NUMBER 9116412 AS PART OF APRIL 2019 SHIPMENT,<br><br>　　-and-<br><br>$999.950.00 AT U.S. BANK 1 ASSOCIATED WITH PARADISE GLOBAL TRADING LLC<br><br>　　　　Defendants. | Civil Action No. 1:19-cv-1989-(JEB) |

**VERIFIED CLAIM OF JEREMY LEVIN AND DR. LUCILLE LEVIN**

1

Judgment Creditors Jeremy Levin and Dr. Lucille Levin (the "Levins"), by and through their attorneys, Suzelle M. Smith and Don Howarth of Howarth & Smith, 523 West 6th Street, Suite 728, Los Angeles, California, 90014, file this Verified Claim as per the Notice of Forfeiture Action, dated October 16, 2019.

The Levins assert a lien interest in the three (3) properties identified in the Second Amended Complaint of the United States of America (the "U.S. Government"), dated August 30, 2019, in the above-captioned action, as more fully detailed below, based on, inter alia, the Judgment (as defined below) obtained by the Levins in the United States District Court for the District of Columbia. *See* Exhibit A. The Levins possess a senior lien interest in the Defendants' Property (as defined below), and hereby provide notice of their intent to seek part or all of any distribution of forfeited defendant properties.

*Background*

The Levins are judgment creditors of the Islamic Republic of Iran ("Iran"), the Iranian Ministry of Information and Security ("MOIS"), and the Iranian Revolutionary Guard Corps ("IRGC"), and possess legal interests in certain defendant properties sought to be forfeited in the above-captioned action. Specifically, the Levins state that:

1.  The Levins are United States citizens in possession of an unsatisfied judgment against judgment debtors Iran, MOIS, and IRGC, jointly and severally, in the amount of $28,807,719.00. *See Levin v. Islamic Republic of Iran*, No. CV 05-2494 (GK/JMF), 2008 WL 11493474 (D.D.C. Jan. 14, 2008). The Levins' judgment arises from the March 7, 1984 kidnapping of Mr. Levin in Beirut, Lebanon. The kidnapping, which was sponsored by Iran, caused the Levins serious personal injury.

/ / /

2. On December 30, 2005, the Levins filed a complaint seeking compensation for damages sustained as a result of the 1984 kidnapping of Mr. Levin pursuant to 28 U.S.C. § 1605(a)(7) of the Foreign Sovereign Immunities Act ("FSIA") in the United States District Court for the District of Columbia (the "D.C. District Court").

3. As required by the FSIA, the United States Magistrate Judge of the D.C. District Court held an evidentiary hearing on liability on August 14, 2007. On December 31, 2007, the Magistrate Judge issued his Findings of Fact and Conclusions of Law and recommended that judgment be entered against Iran, MOIS, and IRGC in the amount of $28,807,719.00. *See Levin v. Islamic Republic of Iran*, No. CV 05-2494 (GK/JMF), 2007 WL 9759002 (D.D.C. Dec. 31, 2007), *report and recommendation adopted*, No. CV 05-2494 (GK/JMF), 2008 WL 11493474 (D.D.C. Jan. 14, 2008). On January 14, 2008, the D.C. District Court adopted the Magistrate's recommendation and entered default judgment on behalf of the Levins and against Iran, MOIS, and IRGC in the amount of $28,807,719.00. *Levin v. Islamic Republic of Iran*, No. CV 05-2494 (GK/JMF), 2008 WL 11493474 (D.D.C. Jan. 14, 2008).

4. On February 6, 2008 the clerk entered a Judgment in favor of Jeremy Levin and Dr. Lucille Levin against Iran, MOIS, and IRGC in the amount of $28,807,719.00.

5. Under section 201 of the Terrorism Risk Insurance Act ("TRIA"), the Levins have a priority and are entitled to collect their Judgment against the property of the Islamic Republic of Iran ("Iran"), and the property of any agency and/or instrumentality of Iran.

6. On July 3, 2019, the Government filed a Verified Complaint for forfeiture in rem in the above-captioned action, seeking forfeiture of certain properties, namely: Oil Tanker Grace 1 (whose name was changed to Adrian Darya 1), bearing International Maritime Organization ("IMO") Number 9116412, and All Petroleum Aboard Oil Tanker Grace 1.

7.  On August 16, 2019, the Government filed an Amended Complaint in the above-captioned action, additionally seeking forfeiture of certain properties, namely: Grace 1, All Petroleum Aboard Oil Tanker Grace 1, and $999,950.00 of blocked funds at U.S. Bank 1 Associated with Paradise Global Trading LLC.

8.  On August 30, 2019, the Government filed a Second Amended Complaint in the above-captioned action, additionally seeking forfeiture of certain properties, namely: (1) Oil Tanker Bearing IMO Number 9116412, a/k/a "Adrian Darya 1," f/k/a "Grace 1" ("Defendant Property 1"); (2) All Petroleum Which Is or Was Onboard Oil Tanker Bearing IMO Number 9116412 As Part of April 2019 Shipment ("Defendant Property 2") (collectively the "Defendant Properties"); and (3) $999,950.00 of blocked funds at U.S. Bank 1 Associated with Paradise Global Trading LLC ("Defendant Funds").

9.  The Levins understand that the Government seized the Defendant Properties and Defendant Funds, which are blocked funds under TRIA, because they are property of Iran and/or agencies and/or instrumentalities of Iran.

10. For the foregoing reasons, the Levins possess an interest in the following defendant properties:

> (1)  Oil Tanker Bearing International Maritime Organization ("IMO") Number 9116412, a/k/a "Adrian Darya 1," f/k/a "Grace 1" ("Defendant Property 1");
>
> (2)  All Petroleum Which Is or Was Onboard Oil Tanker Bearing IMO Number 9116412 As Part of April 2019 Shipment ("Defendant Property 2") (collectively the "Defendant Properties"); and

/ / /

  (3) $999,950.00 of blocked funds at U.S. Bank 1 Associated with Paradise Global Trading LLC ("Defendant Funds"), which are held in two accounts in the amounts of $299,975.00 and $699,975.00.

11. The Levins hereby provide notice that the Levins will be seeking part or all of any distribution of Defendant Properties and Defendant Funds as victims of terrorism and judgment creditors of Iran who possess specific pre-forfeiture interests in Defendant Properties and Defendant Funds, which are blocked funds and blocked assets, under TRIA

<u>The Levins Have a Senior Claim in the Defendant Properties</u>

Pursuant to 28 U.S.C. §§ 1605(a)(7) and 1610, common law equitable principles, and applicable law, the Levins possess a senior claim and lien interest in the Defendant Properties and Defendant Funds due to, inter alia, the Judgment entered on February 6, 2008 in this district. *See* Exhibit A. Additionally, the Levins are entitled to satisfy their judgment by executing against the Defendant Properties and Defendant Funds, including blocked funds, pursuant to TRIA.

<u>Defendant Properties and Defendant Funds  Subject to the Levins Claim</u>

As a result of the foregoing, the Levins assert a claim to: (1) Oil Tanker Bearing International Maritime Organization ("IMO") Number 9116412, a/k/a "Adrian Darya 1," f/k/a "Grace 1" ("Defendant Property 1"); (2) All Petroleum Which Is or Was Onboard Oil Tanker Bearing IMO Number 9116412 As Part of April 2019 Shipment ("Defendant Property 2")

/ / /

/ / /

/ / /

/ / /

(collectively the "Defendant Properties"); and (3) $999,950.00 at U.S. Bank 1 Associated with Paradise Global Trading LLC ("Defendant Funds").

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 14, 2019 | HOWARTH & SMITH |
| By: | */s/ Suzelle M. Smith* |

Suzelle M. Smith, D.C. Bar No. 376384
Don Howarth, CA Bar No. 53783
523 West Sixth Street, Suite 728
Los Angeles, California 90014
(213) 955-9400
ssmith@howarth-smith.com
dhowarth@howarth-smith.com

Attorneys for Claimants
Jeremy Levin and Dr. Lucille Levin

## VERIFICATION OF CLAIM

I declare, pursuant to 28 U.S.C. Section § 1746, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on:   November 14, 2019
                       Los Angeles, California                    */s/ Suzelle M. Smith*
                                                                              Suzelle M. Smith, D.C. Bar No. 376384
                                                                              Attorney for Claimants
                                                                              Jeremy Levin and Dr. Lucille Levin