UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OIL TANKER – "GRACE 1" (IMO 9116412),<br><br>ALL PETROLEUM ABOARD OIL TANKER – "GRACE 1" (IMO 9116412),<br><br>- and -<br><br>$999,950.00 AT U.S. BANK 1 ASSOCIATED WITH PARADISE GLOBAL TRADING LLC<br><br>Defendants. | Civil Action No. 1:19-cv-1989-(JEB) |

## STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully states as follows:

1. On August 16, 2019, the Government filed its first amended complaint. *See* ECF 7.

2. Shortly thereafter, the government transmitted a seizure warrant for Oil Tanker – "Grace 1" (Imo 9116412) ("Defendant Property 1") and All Petroleum aboard Oil Tanker – "Grace 1" (Imo 9116412) ("Defendant Property 2") to the relevant authorities in Gibraltar.

3. On or about August 18, 2019, Gibraltarian authorities released Defendant Property 1 and Defendant Property 2.

4. On August 30, 2019, the Government filed its second amended complaint. *See* ECF 14.

5. On August 30, 2019, this Court issued an arrest warrant in rem for Defendant Property 1, Defendant Property 2, and $999,950.00 at U.S. Bank 1 Associated with Paradise Global Trading LLC ("Defendant Property 3"). *See* ECF 16.

6. The government was unable to execute service of the arrest warrant in rem on any custodian who had possession, custody, or control of Defendant Property 1 or Defendant Property 2.

7. Pursuant to Rule G(3)(c)(ii)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, neither execution nor a return of the arrest warrant in rem for Defendant Property 3 was required because this property was already in the government's possession, custody, or control.

8. Thus, there was no return to file for the unexecuted warrant for arrest in rem.

9. On November 14, 2019, this Court ordered that the government file a status report on or before November 22, 2019.

10. On November 14, 2019, Jeremy Levin and Lucille Levin filed a claim of ownership.

11. At least one other party has reached out to the government about the possibility of filing a claim.

12. The government is in the process of reaching out to both such claimants to discuss possible resolutions of the instant matter.

WHEREFORE, the government respectfully requests leave to submit an additional status report no later than January 6, 2020.

                          Respectfully submitted,

                          JESSIE K. LIU
                          United States Attorney

By:    */s/ Zia M. Faruqui*
        Zia M. Faruqui, D.C. Bar No. 494990
        Assistant United States Attorney
        United States Attorney's Office
        555 Fourth Street, N.W., 4th Floor
        Washington, D.C.  20530
        (202) 252-7117