Suzelle M. Smith, D.C. Bar No. 376384
Don Howarth, CA Bar No. 53783
523 West Sixth Street, Suite 728
Los Angeles, California 90014
(213) 955-9400
ssmith@howarth-smith.com
dhowarth@howarth-smith.com

Attorneys for Claimants
Jeremy Levin and Dr. Lucille Levin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>OIL TANKER BEARING INTERNATIONAL MARITIME ORGANIZATION (IMO) NUMBER 9116412, A/K/A "*ADRIAN DARYA 1*," *F/K/A* "*GRACE 1*,"<br><br>ALL PETROLEUM WHICH IS OR WAS ONBOARD OIL TANKER BEARING INTERNATIONAL MARITIME ORGANIZATION (IMO) NUMBER 9116412 AS PART OF APRIL 2019 SHIPMENT,<br><br>    -and-<br><br>$999.950.00 AT U.S. BANK 1 ASSOCIATED WITH PARADISE GLOBAL TRADING LLC<br><br>    Defendants. | Civil Action No. 1:19-cv-1989-(JEB) |

**DECLARATION OF SUZELLE M. SMITH IN SUPPORT OF CLAIMANT LUCILLE LEVIN AND NONPARTY SUZELLE M. SMITH, TRUSTEE OF THE JEREMY ISADORE LEVIN 2012 REVOCABLE TRUST, AS AMENDED, MOTION TO SUBSTITUTE**

I, SUZELLE M. SMITH, declare as follows:

1. I am a partner with the law firm of Howarth & Smith, I was counsel for Mr. Jeremy Levin prior to his February 6, 2020 death, and I am counsel for Dr. Lucille Levin, who is Mr. Levin's surviving spouse.

2. I make this declaration in support of Claimant and Judgment Creditor Dr. Lucille Levin and nonparty Suzelle M. Smith, Trustee of the Jeremy Isadore Levin 2012 Revocable Trust, as amended, motion to substitute.

3. I make this declaration based on personal knowledge.

4. Jeremy Levin was my stepfather. He died on February 6, 2020, after a prolonged illness.

5. On July 2, 2012, Jeremy Levin assigned and transferred all of his rights and/or interests in his judgment against the Islamic Republic of Iran, the Iranian Ministry of Information and Security, and the Iranian Revolutionary Guard Corps to the Jeremy Isadore Levin 2012 Revocable Trust.

6. Upon his death, I became the sole Trustee of the Jeremy Isadore Levin 2012 Revocable Trust ("Trust") and it became irrevocable.

7. The primary beneficiary of the Trust is my mother, Dr. Lucille Levin.

8. Mr. Levin's and Dr. Levin's judgments against Iran remain partially unsatisfied in an amount over $15 million.

9. Attached hereto as Exhibit A is a true and correct copy of the March 13, 2020 Abstract and Certification of Trust for the Jeremy Isadore Levin 2012 Revocable Trust, as amended.

/ / /

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection. Executed this 14th day of April 2020 in Los Angeles, California.

                                                */s/ Suzelle M. Smith*
                                                Suzelle M. Smith