Suzelle M. Smith, D.C. Bar No. 376384
Don Howarth, CA Bar No. 53783
523 West Sixth Street, Suite 728
Los Angeles, California 90014
(213) 955-9400
ssmith@howarth-smith.com
dhowarth@howarth-smith.com

Attorneys for Claimants
Dr. Lucille Levin and Suzelle M. Smith,
Trustee of the Jeremy Isadore Levin 2012
Revocable Trust

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>OIL TANKER BEARING INTERNATIONAL MARITIME ORGANIZATION (IMO) NUMBER 9116412, A/K/A "*ADRIAN DARYA 1*," F/K/A "*GRACE 1*,"<br><br>ALL PETROLEUM WHICH IS OR WAS ONBOARD OIL TANKER BEARING INTERNATIONAL MARITIME ORGANIZATION (IMO) NUMBER 9116412 AS PART OF APRIL 2019 SHIPMENT,<br><br>   -and-<br><br>$999.950.00 AT U.S. BANK 1 ASSOCIATED WITH PARADISE GLOBAL TRADING LLC<br><br>        Defendants. | Civil Action No. 1:19-cv-1989-(JEB) |

**NOTICE OF WITHDRAWAL OF VERIFIED CLAIM IN FORFEITURE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Claimants Dr. Lucille Levin and Suzelle M. Smith, Trustee of the Jeremy Isadore Levin 2012 Revocable Trust, having been substituted for Claimant Jeremy Levin, hereby withdraw the verified claim, filed on November 14, 2019 (dkt. 18), claiming an interest in the three properties identified in the Second Amended Complaint of the United States of America dated August 30, 2019 (the "Properties"), filed in the above-captioned action.

                                      Respectfully submitted,

Dated: May 18, 2020                HOWARTH & SMITH

                By:    */s/ Suzelle M. Smith*
                         Suzelle M. Smith, D.C. Bar No. 376384
                         Don Howarth, CA Bar No. 53783
                         523 West Sixth Street, Suite 728
                         Los Angeles, California 90014
                         (213) 955-9400
                         ssmith@howarth-smith.com
                         dhowarth@howarth-smith.com

                         Attorneys for Claimants
                         Dr. Lucille Levin and Suzelle M. Smith,
                         Trustee of the Jeremy Isadore Levin 2012
                         Revocable Trust